M. P. No. 79-279. A. CARLOTTI & CO., INC. *v.* JOHN H. NORBERG, TAX ADMINISTRATOR. The petition for writ of certiorari is granted. *Hinckley, Allen, Salisbury & Parsons, Stephen J. Carlotti*, for petitioner. *Dennis J. Roberts II*, Attorney General, *William G. Brody*, Assistant Attorney

General. *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

